weintraub tobin chediak coleman grodin
law corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM KENWORTHY, EXECUTOR OF THE ESTATE OF DONALD KENWORTHY,<br><br>Plaintiff,<br><br>v.<br><br>OLD REPUBLIC TITLE & ESCROW; ACADEMY MORTGAGE, COLDWELL BANKER ISLAND PROPERTIES; HOMESTREET BANK; AMERICAN GREEN REALTY; NATIONSTAR MORTGAGE; VIOLET BLAKENEY, ELISABETH SITTNER, MELANIE VITALE, FAITH ARMANINI, KARA BELTRAN, DENI KAWAUCHI, DOES 1-50, INCLUSIVE,<br><br>Defendants. | Case No. 2:17-cv-0856 GEB AC PS<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANT HOMESTREET BANK'S EX PARTE APPLICATION FOR EXTENSION OF TIME FOR INITIAL RESPONSE TO COMPLAINT**<br><br>Complaint Filed: April 24, 2017 |

    Defendant HomeStreet Bank ("Defendant"), applied ex parte for an initial extension of time to respond to the Complaint filed by plaintiff Tim Kenworthy, Executor of the Estate of Donald Kenworthy ("Plaintiff") pursuant to Local Rule 144 (Fed. R. Civ. P. 6).

    A stipulation extending time could not be obtained because such extension was requested and denied by Plaintiff. An extension is necessary because defense counsel was recently retained and needs a reasonable period of time to investigate the facts alleged in the complaint and applicable defenses.

GOOD CAUSE APPEARING,

Accordingly, HomeStreet Bank's request for an extension of time to respond to the Complaint through and including June 20, 2017 is GRANTED.

IT IS SO ORDERED.

Dated: May 18, 2017

_____
UNITED STATES MAGISTRATE JUDGE