**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIM KENWORTHY, EXECUTOR OF THE ESTATE OF DONALD KENWORTHY,<br><br>Plaintiff,<br><br>v.<br><br>OLD REPUBLIC & TITLE ESCROW; ACADEMY MORTGAGE, COLDWELL BANKER ISLAND PROPERTIES; HOMESTREET BANK; AMERICAN GREEN REALTY; NATIONSTAR MORTGAGE; VIOLET BLAKENEY, ELISABETH SITTNER, MELANIE VITALE, FAITH ARMANINI, KARA BELTRAN, DENI KAWAUCHI, DOES 1-50, inclusive<br><br>Defendants. | Case No.: 2:17-cv-0856 GEB AC PS<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION OF DEFENDANTS ACADEMY MORTGAGE AND KARA BELTRAN FOR AN EXTENSION OF TIME FOR DEFENDANTS' INITIAL RESPONSE TO COMPLAINT**<br><br>Complaint Filed: April 24, 2017 |

Defendants Academy Mortgage and Kara Beltran ("Defendants"), applied ex parte for an initial extension of time to respond to the Complaint filed by plaintiff Tim Kenworthy, Executor of the Estate of Donald Kenworthy ("Plaintiff") pursuant to Local Rule 144 and Fed. R. Civ. P. 6(b)(1)(A).

A stipulation extending time could not be obtained because such extension was requested and denied by Plaintiff. An extension is necessary because Defendants' counsel was recently

[Proposed] Order Granting *Ex Parte* Application Of Defendants Academy Mortgage And Kara Beltran For An Extension Of Time For Defendants' Initial Response To Complaint

retained and needs a reasonable amount of time to investigate the facts alleged in the Complaint and applicable defenses.

GOOD CAUSE APPEARING,

Accordingly, Defendants' request for an extension of time to respond to the Complaint through and including June 20, 2017 is GRANTED.

IT IS SO ORDERED.

Dated: May 23, 2017

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE