UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM KENWORTHY, EXECUTOR OF THE ESTATE OF DONALD KENWORTHY,<br><br>　　Plaintiff,<br><br>v.<br><br>OLD REPUBLIC TITLE & ESCROW; ACADEMY MORTGAGE; COLDWELL BANKER ISLAND PROPERTIES; HOMESTREET BANK; AMERICAN GREEN REALTY; NATIONSTAR MORTGAGE; VIOLET BLAKENEY; ELISABETH SITTNER; MELANIE VITALE; FAITH ARMANINI; KARA BELTRAN; DENI KAWAUCHI; DOES 1-50, INCLUSIVE,<br><br>　　Defendants. | CASE NO: 2:17-cv-00856-GEB-AC<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS CBIP, INC., DBA COLDWELL BANKER ISLAND PROPERTIES AND MELANIE VITALE'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>Assigned to:<br>District Judge Garland E. Burrell, Jr.<br>Magistrate Judge Allison Claire<br><br>Complaint Filed:　April 24, 2017<br>Trial Date:　　　　Not Set |

Defendants CBIP, Inc. dba Coldwell Banker Island Properties ("CBIP") (incorrectly identified in the caption as Coldwell Banker Island Properties) and Melanie Vitale ("Ms. Vitale") applied ex parte for an initial extension of time to respond to the Complaint filed by Plaintiff Tim Kenworthy, Executor of the

[PROPOSED] ORDER GRANTING DEFENDANTS CBIP, INC., DBA COLDWELL BANKER ISLAND PROPERTIES AND MELANIE VITALE'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

2:17-cv-00856-GEB-AC

Estate of Donald Kenworthy ("Plaintiff"), pursuant to Local Rule 144 (Fed. R. Civ. P. 6).

1. A stipulation extending time could not be obtained because Plaintiff rejected CBIP and Ms. Vitale's request for such extension during a phone call between Plaintiff and counsel for CBIP and Ms. Vitale. An extension is necessary because defense counsel was recently retained and needs a reasonable period of time to investigate the facts alleged in the Complaint and applicable defenses.

GOOD CAUSE APPEARING,

Accordingly, CBIP and Ms. Vitale's request for an extension of time to respond to the Complaint through and including June 20, 2017, is GRANTED.

IT IS SO ORDERED.

DATED: May 31, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2387.002/3BC6262.amq

[PROPOSED] ORDER GRANTING DEFENDANTS CBIP, INC., DBA COLDWELL BANKER ISLAND PROPERTIES AND MELANIE VITALE'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

2:17-cv-00856-GEB-AC