UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM KENWORTHY,<br><br>        Plaintiff,<br><br>   v.<br><br>OLD REPUBLIC TITLE & ESCROW, et al.,<br><br>        Defendants. | No. 2:17-cv-00856-GEB-AC<br><br><br><br>ORDER |

Defendants Old Republic Title & Escrow and Deni Kawauchi filed a motion to dismiss plaintiff's complaint, noted to be heard on June 28, 2017. ECF No. 18. Defendant Homestreet Bank joined in this motion, filed its own motion to dismiss plaintiff's complaint, and noticed the motion for hearing on the same day. ECF No. 23. Pursuant to Local Civil Rule 230(c), plaintiff's response was 14 days before the hearing date; in this case, on June 14, 2017. Plaintiff filed a response five days late, on June 19, 2017. Because this response was late, moving defendants are faced with reduced time to file their reply briefs, if any. Plaintiff is cautioned that strict adherence to filing deadlines is required by this Court.

////

////

////

1

Because plaintiff filed a late response to the motions, this hearing is RESET before the undersigned for July 12, 2017 at 10 a.m.

IT IS SO ORDERED.

DATED: June 19, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE