UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM KENWORTHY,<br><br>        Plaintiff,<br><br>   v.<br><br>OLD REPUBLIC TITLE & ESCROW, et al.,<br><br>        Defendants. | No. 2:17-cv-00856-GEB-AC<br><br><br>ORDER |

       This matter is before the court on plaintiff's Motion for Extension of Time to respond to future counterclaims or motions. ECF No. 31. Plaintiff requests a blanket extension on all dates and deadlines until August 8, 2017, when plaintiff returns from a previously scheduled family vacation. Id. at 1. Plaintiff relies on Federal Rule of Civil Procedure 6(b) as support for his motion. Id. at 2. This rule allows the court to grant relief from particular deadlines in a case, for good cause shown. This rule does not, and the court will not, provide for general blanket extensions of time to accommodate vacation schedules. Nonetheless, the court notes that multiple motions to dismiss are on file, currently noted for separate hearing dates. ECF Nos. 18, 23, 29 and 30. In the interest of judicial economy, the court will extend the deadlines that are currently pending by re-setting the scheduled hearings. Plaintiff's motion is GRANTED and the motions to dismiss at ECF No. 18, 23, 29, and 30 are RESET for hearing on August 23, 2017 at 10 a.m.

1 | Plaintiff has already filed oppositions to the motions at ECF No. 18 and 23.  ECF No. 26 and 27.
2 | Plaintiff's responses to the motions at ECF No. 29 and 30 are now due August 9, 2017.
3 |     IT IS SO ORDERED.
4 | DATED: June 22, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE