UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM KENWORTHY,<br><br>        Plaintiff,<br><br>   v.<br><br>OLD REPUBLIC TITLE & ESCROW,<br>et al.,<br><br>        Defendants. | No. 2:17-cv-00856-GEB<br><br><br>**ORDER** |

On September 6, 2017, counsel filed a notice of appearance on behalf of Plaintiff Tim Kenworthy, executor of the estate of Donald Kenworthy. ECF No. 66. Since this action no longer involves a pro se party, and due to the undersigned judge's caseload consisting of primarily criminal cases and other category of cases, the Clerk of the Court shall randomly reassign this case to another district court judge and make the appropriate adjustments.

Dated:  September 6, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1